AO 240 (Rev. 9/96)

# United States District Court

DISTRICT OF _____

MICHAEL JON SIMPSON
Plaintiff

V.

JAMES Mc PARLIN, et al.
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

2004 DEC -3 P 3:11

CASE NUMBER: _____

I, MICHAEL JON SIMPSON ;#W-56706 declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  M.C.I.- CEDAR JUNCTION @ WALPOLE

   Are you employed at the institution?  NO   Do you receive any payment from the institution?  NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONE

I declare under penalty of perjury that the above information is true and correct.

11/25/04
DATE

*Michael Jon Simpson*
SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts. expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20041112 11:30

| | | | | |
|---|---|---|---|---|
| Commit# : | W56706 | | MCI CEDAR JUNCTION | Page : 1 |
| Name : | SIMPSON, MICHAEL, J, | Statement From | 20040501 | |
| Inst : | MCI CEDAR JUNCTION | To | 20041112 | |
| Block : | TEN BLOCK | | | |
| Cell/Bed : | 3 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2799066 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2928780 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040623 08:05 | TI - Transfer from Institution | 2988556 | | CJ | | $0.00 | $0.36 | $0.00 | $0.00 |
| 20040623 08:05 | TI - Transfer from Institution | 2988557 | | STH | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3076715 | | STH | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040723 23:00 | TI - Transfer from Institution | 3138521 | | STH | | $0.00 | $0.36 | $0.00 | $0.00 |
| 20040723 23:00 | TI - Transfer from Institution | 3138522 | | CJ | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3210718 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3336895 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3502117 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3647819 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.72 | $0.72 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.36 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.36 | $0.00 | $656.67 | $0.00 | $88.97 | $0.00 |

RECEIVED:
WEDNESDAY,
11/24/04.
— M.J.X.