```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| MICHAEL JON SIMPSON, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-12574-MEL |
| Correctional Officer JAMES MCPARLIN, Lieutenant PETER GARIEPY, and Sergeant SCOTT PETERSEN, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated December 22, 2004 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

January 3, 2005                    By the Court,

                                   /s/ Jeanette McGlamery
                                   Deputy Clerk